UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01174-WLH-AYP | Date | March 18, 2026 |
| Title | *Jatin Rathi v. Warden of Desert View Annex Detention Facility et al* | | |

Present: The Honorable   WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER RE PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]**

The Court is in receipt of Petitioner's Ex Parte Application for Temporary Restraining Order (the "Application"). (Dkt. No. 3). Respondents filed their Response to the Application on March 17, 2026. (Response, Dkt. No. 6).

Respondents do not contest Petitioner's membership in the Bond Eligible Class in *Bautista v. Santacruz*. (*See* Response at 1-2). Consistent with the Final Judgment in *Bautista*, Petitioner is entitled to an individualized bond hearing. *See Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents are precluded from relitigating the issue of whether Petitioner, as a member of the Bond Eligible Class in *Bautista*, is entitled to the relief requested in the TRO. As such, the Application is **GRANTED**. Accordingly, the Court **ORDERS** the following:

- Respondents are enjoined from continuing to detain Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring, unless he is provided with an individualized bond hearing before an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order;

- Respondents are enjoined from transferring, relocating, or removing Petitioner from the Central District of California without further order of the Court and pending final resolution of this litigation; and

- Respondents are to provide the Immigration Judge conducting the individualized bond hearing with a copy of this Order.

This Order shall be in effect through **April 1, 2026**.  The Court further **ORDERS** the parties to submit a Joint Status Report as to whether Petitioner has received a bond hearing, the outcome of the bond hearing, and Respondents' compliance with this Order by **March 25, 2026**, **at 12:00 p.m.**  Absent further order from the Court, on April 2, 2026, all subsequent matters in this case are referred to the Magistrate Judge.

**IT IS SO ORDERED.**