JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JATIN RATHI,

     Petitioner,

v.

WARDEN of the Desert View
Detention Facility, ET AL.,

     Respondents.

Case No. 5:26-cv-01174-AYP

**JUDGMENT**

Based on the joint proposal of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the habeas petition be granted and judgment hereby entered for Petitioner Jatin Rathi consistent with the reasons and findings set forth in the order granting Petitioner's application for a temporary restraining order. (Dkt. No. 7.)

Dated: April 20, 2026

_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE

2